IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Leslie Pal, | : |
| | : |
| Plaintiff(s), | : |
| | : Case Number: 1:14cv537 |
| vs. | : |
| | : Chief Judge Susan J. Dlott |
| FBI Protective Program, et al., | : |
| | : |
| Defendant(s). | : |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on July 11, 2014 (Doc. 4), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired July 28, 2014, hereby ADOPTS said Report and Recommendation.

Accordingly, this action is **DISMISSED** with **PREJUDICE** for failure to state a claim for relief.  It is further **ORDERED** that the Court certifies pursuant to 28 U.S.C. § 1915(a) that an appeal of any Order adopting the Report and Recommendation will not be taken in good faith, therefore, Plaintiff is **DENIED** leave to appeal *in forma pauperis.*

IT IS SO ORDERED.


              ___s/Susan J. Dlott_____
              Chief Judge Susan J. Dlott
              United States District Court